**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Rachael Braud v. Nathan Lane Robert

Appellate case number:   01-19-00163-CV

Trial court case number:  2017-64891

Trial court:              245th District Court of Harris County

      This Court received a notice from the district clerk that appellant had not requested or paid for the clerk's record. Notice issued to appellant that the appeal might be dismissed, but appellant filed a response indicating that she had filed an affidavit of indigence in the trial court. This Court issued an order directing appellant to file a statement of inability in the trial court and to file a supplemental clerk's record indicating that she had filed this statement of inability. Appellant responded that she had filed the document, but that the trial court had not yet made a decision about her ability to afford costs.

      Accordingly, this Court directs the trial court clerk to prepare and file a supplemental clerk's record **within 14 days of the date of this order**, containing the Statement of Inability appellant filed with the trial court and any order issued by the trial court in connection with this statement of inability. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 34.5(c).

      It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
               ☑ Acting individually    ☐ Acting for the Court

Date: __March 5, 2020_____